IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON DYBAS, | No. C 17-04150 WHA |
| Plaintiff, | |
| v. | |
| HOME DEPOT U.S.A., INC., and DOES ONE through TWENTY, inclusive, | **ORDER TO SHOW CAUSE** |
| Defendants. | |

The docket reflects that this civil action settled at a mediation session on February 27 (Dkt. No. 28). As of the date of this order, however, no dismissal has been filed. The parties shall **SHOW CAUSE** in writing by **MARCH 22 AT NOON** why this action should not be dismissed.

**IT IS SO ORDERED.**

Dated: March 15, 2018.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE